UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

JUN 2 9 2006

**CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN**

STEPHEN L. KEARLY,

      Plaintiff,

vs.

CIVIL NO.:  05-CV-72176-DT

COMMISSIONER OF
SOCIAL SECURITY,

HON. ROBERT H. CLELAND
MAG. JUDGE WALLACE CAPEL, JR.

      Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

May 31, 2006, as well as any objections filed thereto,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions

of this Court.

**ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE**

**Dated:** _26 June 06_